LOUIS HERBST, Appellant, v. JACOB SCHLESINGER, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HAROLD HARRIS, Respondent, v. JACOB WALD, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

IRVING L. KADEN and Another, Copartners, etc., Respondents, v. STANDARD BLEACHERY COMPANY, Appellant.— Order modified by striking out the paragraph thereof numbered III, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HENRY C. BREEDEN and Others, as Trustees, etc., Respondents, v. GEORGE A. HOPKINS, Appellant.— Order modified to the extent indicated in order and as so modified affirmed, without costs. The bill of particulars to be served within ten days from date of service of order with notice of entry thereof. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

SAMUEL KRIDEL and Others, Respondents, v. BENJAMIN LEVY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

TOBIAS KAHANE, Respondent, v. ALFRED JACQUES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of JULIUS LIBERMAN, an Incompetent Person. ISAAC LIBERMAN and Another, Committee of the Property of JULIUS LIBERMAN, Appellants; CHARLES L. HOFFMAN, Special Guardian, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of JULIUS LIBERMAN, an Incompetent Person. ISAAC LIBERMAN and Another, Committee of the Property of JULIUS LIBERMAN, Appellants; CHARLES L. HOFFMAN, Special Guardian, Respondent.— Order modified by limiting the time to be covered by the accounting to the period between May 15, 1923, and July 3, 1925, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of JULIUS LIBERMAN, an Incompetent Person. ISAAC LIBERMAN and Another, Committee of the Property of JULIUS LIBERMAN, Appellants; CHARLES L. HOFFMAN, Special Guardian, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of WAREHOUSEMEN'S ASSOCIATION OF THE PORT OF NEW YORK, INC., Appellant, for a Writ of Mandamus to Be Directed to MICHAEL COSGROVE, as Commissioner of Docks of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.; Dowling and McAvoy, JJ., dissent.

ANNA ROSEN, Respondent, v. ISIDORE ARONS, Appellant.— Order so far as